```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 43293
    LESLIE SCHMITZ
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA


        Debtor
   SSN XXX-XX-5442


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 10/03/05 and confirmed on 12/08/05.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  27510.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| ACCREDITED HOME LENDERS | CURRENT MORTG | .00 | .00 | .00 |
| US BANK | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | 6441.43 | .00 | 3707.16 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8418.67 | .00 | 4845.10 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2617.08 | .00 | 1506.18 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1849.04 | .00 | 1064.16 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1697.01 | .00 | 976.66 |
| DISCOVER BANK | UNSECURED | 12625.41 | .00 | 7266.15 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 751.87 | .00 | 432.71 |
| B LINE LLC | UNSECURED | 2277.97 | .00 | 1311.01 |
| RESURGENT CAPITAL SERVIC | FILED LATE | .00 | .00 | .00 |
| KOHLS | UNSECURED | 925.46 | .00 | 532.62 |
| NICOR GAS | UNSECURED | 1171.54 | .00 | 674.24 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 2139.99 | .00 | 1231.60 |
| WFNNB/EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WFNNB | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | .00 | .00 | .00 |
| B LINE LLC | FILED LATE | .00 | .00 | .00 |

```
         Summary of disbursements:
-----------------------------------------------------------------------------
              SECURED      PRIORITY     UNSECURED        OTHER        TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00           .00     40915.47          .00     40915.47
PRINCIPAL PAID                  .00           .00     23547.59          .00     23547.59
INTEREST PAID                   .00           .00          .00          .00          .00
TOTAL PAID                      .00           .00     23547.59          .00     23547.59
```
The Debtor's attorney, TERENCE M FENELON              , was allowed $   3767.00
and was paid $     600.00   direct and $    3167.00   through the plan.

The Trustee received $     795.41 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 12/17/07                  /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 43293 LESLIE SCHMITZ